ALBERT L. MASSEY, Guardian Ad Litem of George Henry Booth, Betty Barton Booth, Robert Michael Schwartz, Jr., Jack Bogart Schwartz, Richard Schwartz, Frank Rankin Schwartz, Jr., William Burnside Schwartz, Josephine Sherman Schwartz, Frederick Henry Schwartz, George Michael Schwartz, and Suzanne Schwartz, infants,

Appellant,

vs.

WILMINGTON TRUST COMPANY, a corporation of the State of Delaware, Trustee under the Last Will and Testament of Charles F. Burnside, Deceased,

Complainant Below, Appellee,

BESSIE BURNSIDE CHAPMAN, ELIZABETH MACIVOR CHAPMAN, FREDERICK WILLIAM CHAPMAN, ROBERT BURNSIDE CHAPMAN, MARIAN ELIZABETH BURNSIDE, ELLEN MARJORIE BURNSIDE, GRACE GRAY BURNSIDE, MARGARET BURNSIDE HILDEBRAND, MARGARET ELIZABETH HILDEBRAND, MARIE SCHWARTZ BOOTH, GEORGE B. SCHWARTZ, ROBERT M. SCHWARTZ, FRANK R. SCHWARTZ, FREDERICK H. SCHWARTZ AND MARGARET B. HILDEBRAND, Administratrix of Lulu Burnside Buckingham, Deceased,

Defendants Below, Appellees.

*Supreme Court, On Appeal, Nov. 26, 1934.*

LAYTON, C. J., HARRINGTON, RICHARDS, RODNEY and REINHARDT, JJ., sitting.

*James H. Hughes, Jr.,* of the firm of Ward and Gray, for appellant.

*Caleb S. Layton,* of the firm of Richards, Layton and Finger, for complainant below, appellee.

*John Biggs, Jr.*, of the firm of Biggs, Biggs and Lynch, for Administratrix of Lulu Burnside Buckingham.

*Paul Leahy*, and *George E. Landis*, of Columbus, Ohio, for the children of Minnie Burnside Schwartz, deceased.

Appeal from the Court of Chancery. From the decree of the Chancellor entered in accordance with the opinion of the Chancellor reported *ante p.* 67, 171 A. 222, an appeal was taken on behalf of the infant defendants below.

Without written opinion an order was entered in the Supreme Court unanimously affirming the decree of the Chancellor in the cause below.